UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Myra E. Phillips

Debtor(s)

Case No.: 19-32733 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 11/22/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  11/22/2021                                                                                 /s/  Kierstyn Buchanan

                                                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Myra E. Phillips<br>15 Kingswood Court<br>Westampton, NJ  08060 | Debtor(s) | Regular Mail |
| LEE M PERLMAN, ESQ<br>STE 100<br>1926 GREENTREE RD<br>CHERRY HILL, NJ  08003-1100 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |