| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| LAW OFFICES OF LEE M. PERLMAN<br>Lee M. Perlman, Esquire<br>Attorneys for Debtor<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ  08003<br>856-751-4224 | Case No.:  19-32733 MBK<br><br>Chapter:  13 |
| In Re:<br><br>Myra Phillips | Judge:  MBK |

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I, Myra Phillips are the debtor(s) in the captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1. The Chapter 13 Plan was originally confirmed by order entered on 12/05/2019.
2. I was current with plan payments through 8/30/2021.
3. I was current with post-petition mortgage payments through [date], on property located at [property address (if applicable) – skip if not applicable; add additional paragraphs if there is more than one mortgage or more than one property].
    a. The mortgage payments referred to above are [check one]:
        _____ contractual payments
        _____ adequate protection payments
    b. I am current with post-petition real estate taxes on the property located at [address]
        _____ YES    _____ NO
    c. I have current liability insurance on the property and can provide proof thereof.
        _____ YES    _____ NO
4. If the confirmed plan includes a cram down on a mortgage, then answer the following:
    a. I am current with post-petition real estate taxes on the property located at [address of prop being crammed down]
        _____ YES    _____ NO

    b. I have current liability insurance on the property and can provide proof thereof.

        \_\_\_\_\_ YES     \_\_\_\_\_ NO

5. I was current with post-petition auto payments through [date], on the following automobile(s): [describe].

6. The change in my household income previously reported on Schedule I is $[amt of reduction in income].

    My current household income is $[amt]. I have attached a current paystub or proof of the change in income to this certification.

7. As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

> I am an aid at a school and since the start of the school year, my pay and hours have decreased due to not needing as many aids due to Covid-19. I also had dental work done that I have to pay out of pocket for.

I certify that the foregoing statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

| | |
|---|---|
| 12/2/2021 | /s/ Myra E. Phillips |
| Date | Myra E. Phillips |