Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19−32733−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myra E. Phillips
   aka Myra E. Ward
   15 Kingswood Court
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−5826

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/12/22 at 09:00 AM

to consider and act upon the following:

*41* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/2/2021. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 12/3/21

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court