Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 19−32733−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myra E. Phillips
   aka Myra E. Ward
   15 Kingswood Court
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−5826

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 24, 2020.

On December 2, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           January 12, 2022  
Time:           10:00 AM  
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 3, 2021  
JAN: pbf

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-32733-MBK
Myra E. Phillips                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                User: admin                                Page 1 of 3
Date Rcvd: Dec 03, 2021                     Form ID: 185                              Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Myra E. Phillips, 15 Kingswood Court, Westampton, NJ 08060-6733 |
| cr | + | PNC BANK, N.A., KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518604896 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 518672000 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518684311 | | Emergency Physicians Services of New Jersey PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518604898 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518604899 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518646741 | + | Santander Consumer USA Inc, P.O. Box 961245, Forth Worth, TX 76161-0244 |
| 518645727 | + | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518604902 | + | Westampton Woods, Attn: Shivers, Gosnay & Greatrex, LLC, 1415 Route 70 E, Suite 309, Cherry Hill, NJ 08034-2210 |
| 518695481 | + | Westampton Woods Community Association, c/o Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518899206 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 03 2021 20:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 518899207 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 03 2021 20:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 518999670 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 03 2021 20:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 518999669 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 03 2021 20:36:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 518672000 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 03 2021 20:36:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518604897 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2021 20:36:00 | Internal Revenue Service, PO Box 7346, |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 185 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 518604900 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Dec 03 2021 20:35:21 | Sprint, PO Box 105243, Atlanta, GA 30348 |
| 518604899 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 03 2021 20:36:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518646741 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 03 2021 20:36:00 | Santander Consumer USA Inc, P.O. Box 961245, Forth Worth, TX 76161-0244 |
| 518645727 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 03 2021 20:36:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518607454 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 03 2021 20:52:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518681329 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 03 2021 20:36:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 518604901 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 03 2021 20:36:00 | Us Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301-7441 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518604895 | ##+ | American Student Asst, Attn: Bankruptcy, 100 Cambridge St., Ste 1600, Boston, MA 02114-2518 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2021 | Form ID: 185 | Total Noticed: 23 |

Elizabeth K. Holdren

    on behalf of Creditor Westampton Woods Community Association eholdren@hillwallack.com
    jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Lee Martin Perlman

    on behalf of Debtor Myra E. Phillips ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Mark A. Roney

    on behalf of Creditor Westampton Woods Community Association mroney@hillwallack.com
    kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Melissa N. Licker

    on behalf of Creditor Bayview Loan Servicing  LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9