UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Myra Phillips

Case No.: 19-32733 MBK

Judge:

Chapter 13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

[X]  Motion for Relief from the Automatic Stay filed by.  Community Loan Servicing

_____, creditor,

A hearing has been scheduled for _____, at _____.


_____  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


_____  Certification of Default filed by _____.

I am requesting a hearing be scheduled on this matter.


1.  I oppose the above matter for the following reasons (choose one)

_____  Payments have been made in the amount of $_____, but have not been

accounted for.  Documentation in support is attached.


X_____  Payments have not been made for the following reasons and debtor proposes

repayment as follows (explain your answer):


_____  Other (explain your answer):

I am submitting an application for a loan modification and can and will make adequate
protection payments in the interim.

2.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

3.  I certify under penalty of perjury that the above is true.

Date:___1/4/2022_____          ___/s/ Myra Phillips_____
                                                                                          Debtor's Signature

NOTES:
1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.