# LAW OFFICES OF LEE M. PERLMAN
## NEWJERSEYBANKRUPTCY.COM

January 10, 2022

United States Bankruptcy Court
District of New Jersey

Re:    Myra Phillips
       Case No.: 19-32733 MBK

Dear Sir/Madam:

We are hereby withdrawing the following document which was previously filed with the court:

**Certification in Opposition**
**Filed on 1/4/2022**
**Docket number 55**

Please feel free to contact this office with any questions.

Very truly yours,

/s/ Lee M. Perlman

Lee M. Perlman, Esquire

LMP/cs

Lee M. Perlman, Esquire
Heidi R. Spivak, Esquire

1926 Greentree Road, Suite 100, Cherry Hill, NJ 08003
Phone (856) 751-4224 / Fax (888) 635-5933
www.NewJerseyBankruptcy.com