UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Rebecca A. Solarz
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Community Loan Servicing, LLC FKA Bayview Loan Servicing, LLC

In Re:
   Phillips, Myra E. aka Myra E. Ward
   Phillips, George M.

**Order Filed on January 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: __19-32733 MBK__

Chapter: __13__

Hearing Date: __1/12/2022__
Judge: Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 12, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of Community Loan Servicing, LLC FKA Bayview Loan Servicing, LLC, under Bankruptcy Code section 362(a) and 1301 (c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 15 Kingswood Court, Westampton NJ 08060**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the co-debtor stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*