Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−32733−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myra E. Phillips
   aka Myra E. Ward
   15 Kingswood Court
   Westampton, NJ 08060

Social Security No.:
   xxx−xx−5826

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/21/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 21, 2022
JAN: bwj

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                 Case No. 19-32733-MBK
Myra E. Phillips                                                                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                         Page 1 of 3
Date Rcvd: Jan 21, 2022                       Form ID: 148                                        Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Myra E. Phillips, 15 Kingswood Court, Westampton, NJ 08060-6733 |
| cr | + | PNC BANK, N.A., KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518604896 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 518684311 |   | Emergency Physicians Services of New Jersey PA, PO Box 1123, Minneapolis MN 55440-1123 |
| 518604898 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518604902 | + | Westampton Woods, Attn: Shivers, Gosnay & Greatrex, LLC, 1415 Route 70 E, Suite 309, Cherry Hill, NJ 08034-2210 |
| 518695481 | + | Westampton Woods Community Association, c/o Hill Wallack LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 21 2022 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 21 2022 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518899206 | + | EDI: LCIBAYLN | Jan 22 2022 01:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 518899207 | + | EDI: LCIBAYLN | Jan 22 2022 01:28:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 518999670 | + | EDI: LCIBAYLN | Jan 22 2022 01:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 518999669 | + | EDI: LCIBAYLN | Jan 22 2022 01:28:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor, Coral Gable, FL 33146-1873 |
| 518672000 | | EDI: ECMC.COM | Jan 22 2022 01:28:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 518604897 | + | EDI: IRS.COM | Jan 22 2022 01:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518604900 | | EDI: AISSPRINT | Jan 22 2022 01:28:00 | Sprint, PO Box 105243, Atlanta, GA 30348 |
| 518604899 | + | EDI: DRIV.COM | Jan 22 2022 01:28:00 | Santander Consumer USA, Attn: Bankruptcy, |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2022 | Form ID: 148 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 518646741 | + | EDI: DRIV.COM | Jan 22 2022 01:28:00 | Santander Consumer USA Inc, P.O. Box 961245, Forth Worth, TX 76161-0244 |
| 518645727 | + | EDI: DRIV.COM | Jan 22 2022 01:28:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 518607454 | + | EDI: RMSC.COM | Jan 22 2022 01:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518681329 | | EDI: USBANKARS.COM | Jan 22 2022 01:28:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 4801 Frederica Street, Owensboro, Kentucky 42301 |
| 518604901 | + | EDI: USBANKARS.COM | Jan 22 2022 01:28:00 | Us Bank Home Mortgage, 4801 Frederica St., Owensboro, KY 42301-7441 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518604895 | ##+ | American Student Asst, Attn: Bankruptcy, 100 Cambridge St., Ste 1600, Boston, MA 02114-2518 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Westampton Woods Community Association eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Lee Martin Perlman | |

| | |
|---|---|
| | on behalf of Debtor Myra E. Phillips ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Mark A. Roney | |
| | on behalf of Creditor Westampton Woods Community Association mroney@hillwallack.com kgardiner@HillWallack.com;mroney@ecf.courtdrive.com |
| Melissa N. Licker | |
| | on behalf of Creditor Bayview Loan Servicing  LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor COMMUNITY LOAN SERVICING LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10