| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Albert Russo<br>PO Box 4853<br>Trenton, NJ    08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Myra E. Phillips<br><br><div align="right">Debtor(s)</div> | Case No.: 19-32733 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

**Order Filed on January 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER REGARDING CHAPTER 13 STANDING
### TRUSTEE'S MOTION TO DISMISS OR
### CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: January 21, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Certification of Default, and the Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of

United States Bankruptcy Court

District of New Jersey

In re:                                                                           Case No. 19-32733-MBK

Myra E. Phillips                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                   Page 1 of 2

Date Rcvd: Jan 21, 2022                     Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

**Recip ID              Recipient Name and Address**
db                 +    Myra E. Phillips, 15 Kingswood Court, Westampton, NJ 08060-6733

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2022                         Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:**

**Name**                    **Email Address**

Albert Russo
                            docs@russotrustee.com

Albert Russo
                            on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
                            on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                            on behalf of Creditor COMMUNITY LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth K. Holdren
                            on behalf of Creditor Westampton Woods Community Association eholdren@hillwallack.com
                            jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com

Lee Martin Perlman

District/off: 0312-3                                    User: admin                                    Page 2 of 2

Date Rcvd: Jan 21, 2022                          Form ID: pdf903                          Total Noticed: 1

        on behalf of Debtor Myra E. Phillips ecf@newjerseybankruptcy.com
        mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Mark A. Roney

        on behalf of Creditor Westampton Woods Community Association mroney@hillwallack.com
        kgardiner@HillWallack.com;mroney@ecf.courtdrive.com

Melissa N. Licker

        on behalf of Creditor Bayview Loan Servicing  LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Rebecca Ann Solarz

        on behalf of Creditor COMMUNITY LOAN SERVICING LLC rsolarz@kmllawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10